FILED

06/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0731

IN THE SUPREME COURT OF THE STATE OF MONTANA

CASE NO. DA 22-0731

| | |
|---|---|
| TCF ENTERPRISES, INC. d/b/a MALMQUIST CONSTRUCTION and CINCINNATI INSURANCE COMPANY, <br><br> Plaintiffs/Appellees. <br><br> vs. <br><br> RAMES, INC. formerly d/b/a CENTRAL INSURANCE AGENCY, <br><br> Defendant/Appellant. | |

ORDER GRANTING APPELLEES' MOTION FOR
30 DAY EXTENSION

The Court being in receipt of Appellees' Motion for a 30 Day Extension, and good cause appearing, Now Therefore,

IT IS HEREBY ORDERED that Appellees may file their response brief on or before August 2, 2023.

DATED and ELECTRONICALLY SIGNED as noted below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 21 2023